IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL LAMONT BAILEY,                    )
                                          )
            Petitioner,                   )     No C 07-2246 VRW (PR)
                                          )
    vs.                                   )     ORDER DENYING
                                          )     CERTIFICATE OF
SUPERIOR COURT, et al,                    )     APPEALABILITY
                                          )
            Respondent(s).                )     (Doc # 9)
_____        )

Petitioner has filed a request for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b), which the court also construes as a notice of appeal.

A certificate of appealability (doc #9) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right."  28 USC § 2253(c)(2).  Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v McDaniel, 529 US 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge